IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| OPERATING ENGINEERS' TRUST FUNDS, etc., | ) ) ) | CIVIL 07-00038DAE-KSC |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| ROCKPILE TRUCKING INC., a Hawaii corporation; and STEVE KIRBY, individually, | ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on September 5, 2007, and served on all parties on September 6, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Magistrate Judge's Findings of Fact and Recommendation to Enter Default Judgment and Award Damages against Defendants Rockpile Trucking Inc., a Hawaii

corporation, and Steve Kirby, individually; Exhibit 'A'," are adopted as the opinion and order of this Court.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, September 20, 2007.



_____
David Alan Ezra
United States District Judge

Operating Engineers' Trust Funds, etc. vs. Rockpile Trucking Inc., Civil No. 07-00038 DAE-KSC; ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION